No. 447.   BLASKI ET AL. v. DAVIDSON, U. S. DISTRICT JUDGE, ET AL.   C. A. 5th Cir.   Certiorari denied.   *Lloyd C. Root, Daniel V. O'Keeffe* and *John O'C. FitzGerald* for petitioners.   *Maurice E. Purnell* for Howell et al., respondents.

No. 461.   MCALLISTER LIGHTERAGE LINE, INC., v. INSURANCE COMPANY OF NORTH AMERICA ET AL.   C. A. 2d Cir.   Certiorari denied.   *Christopher E. Heckman* for petitioner.   *Thomas F. Mount, George M. Brodhead* and *J. Welles Henderson, Jr.* for the Insurance Company of North America, respondent.

No. 423.   GREAT NORTHERN RAILWAY Co. v. HYDE ET AL.   C. A. 8th Cir.   Certiorari denied.   MR. JUSTICE WHITTAKER took no part in the consideration or decision of this application.   *Edwin C. Matthias* and *Anthony Kane* for petitioner.   *Harry H. Peterson* for respondents.

No. 426.   NAKASHIMA, EXECUTOR, v. BROWNELL, AT- TORNEY GENERAL, SUCCESSOR TO THE ALIEN PROPERTY CUSTODIAN.   C. A. 9th Cir.   Certiorari denied.   MR. JUSTICE CLARK took no part in the consideration or deci- sion of this application.   *L. Nelson Hayhurst* for peti- tion'er.   *Solicitor General Rankin, Assistant Attorney General Townsend* and *George B. Searls* for respondent.

No. 66, Misc.   MONTGOMERY v. CALIFORNIA.   Supreme Court of California.   Certiorari denied.   Petitioner *pro se.*   *Edmund G. Brown,* Attorney General of California, *Frank J. Mackin,* Assistant Attorney General, and *Norman H. Sokolow,* Deputy Attorney General, for respondent.